IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR411 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARNEL KNIGHT and EDDIE WOODS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the pro se motion for return of property filed by a third party Claimant, Tyrell Knight (Filing No. 81).

Both Defendant's pleaded guilty to Count V, charging criminal forfeiture of $6,373.00. Forfeiture proceedings followed, and the government published the required notice. No claimants timely came forward, and therefore a final order of forfeiture was entered on August 11, 2010. Tyrell Knight filed his motion, or claim, on January 24, 2011.

IT IS ORDERED:

1. The motion for return of property filed by a third party Claimant, Tyrell Knight (Filing No. 81) is denied; and

2. The Clerk is directed to mail a copy of this order to the Claimant, Tyrell Knight, at his last known address.

DATED this 31st day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge